IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONNIE LOPEZ,<br>　　　　　Petitioner,<br>　　v.<br>UNITED STATES of AMERICA,<br>　　　　　Respondent. | HON. JEROME B. SIMANDLE<br>CIVIL NO. 04-4969 (JBS)<br><br>**ORDER** |

This matter having come before the Court on application of Petitioner Ronnie Lopez for a writ of habeas corpus pursuant to 28 U.S.C. § 2255; and the Court having considered the submissions of the parties and for the reasons set forth in the Opinion of today's date;

IT IS this **30th** day of **July, 2007,** hereby

ORDERED that Petitioner's application for a writ of habeas corpus is **DISMISSED**;

IT IS FURTHER ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1), the Petitioner having failed to make a substantial showing of the denial of a constitutional right.

　　　　　　　　　　　　　　　　　**s/Jerome B. Simandle**
　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　United States District Judge